# United States District Court
# For The Western District of North Carolina
# Statesville Division

DEBORAH C. OSBORNE,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:05CV256

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2006, Order.

                                                Signed: May 9, 2006

                                                */s/ Frank G. Johns*
                                                Frank G. Johns, Clerk
                                                United States District Court